1  PAUL L. REIN, Esq., (SBN 43053)
   CELIA McGUINNESS, Esq. (SBN 159420)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
4  Telephone:     510/832-5001
   Facsimile:      510/832-4787
5
6  JULIE A. OSTIL, Esq. (SBN 215202)
   LAW OFFICE OF JULIE OSTIL
7  1989 Santa Rita Road, No. A-405
   Pleasanton, CA 94566
8  Telephone:     925/265-8257
   Facsimile:      925/999-9465
9
   Attorneys for Plaintiff
10 GUY JONES

11 JAMES T. ANWYL, Esq. (SBN 78715)
   LYNN A. GARCIA, Esq. (SBN 131196)
12 ANWYL, SCOFFIELD & STEPP, LLP
   P.O. BOX 269127
13 Sacramento, CA 95826-9127
   Telephone: 916/565-1800
14 Facsimile:  916/565-2374

15 Attorneys for Defendant
   CITY OF RANCHO CORDOVA
16

17                    UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA
18

19 GUY JONES                          CASE NO. 2:08-CV-02076-GEB-GGH
                                      <u>Civil Rights</u>
20       Plaintiff,

21                                    **STIPULATION AND [PROPOSED]
   v.                                 ORDER TO CONTINUE CASE
22                                    MANAGEMENT CONFERENCE**

23 CITY OF RANCHO CORDOVA; and
   DOES 1 through 20, inclusive,
24
         Defendants.
25 _____/

26            Plaintiff GUY JONES and defendant CITY OF RANCHO CORDOVA hereby

27 jointly stipulate and request through their attorneys of record that the Court continue the

28 currently scheduled Case Management Conference set for December 22, 2008 until January 26,

---

**Stipulation and Proposed Order to Continue Case Management                                                  - 1 -
Conference: Case No. 2:08-CV-02076-GEB-GGH**

g:\docs\geb\dgeb2\orders for signature\jones v rancho cordova.doc

1    2009.

2        Good cause exists for the continuation:

3    1. This case involved alleged denial of access to safe paths of travel on public city
4    sidewalks and curb cuts for disabled plaintiff GUY JONES in the City of Rancho Cordova.

5    2. The parties have been working together and cooperatively toward settlement.

6    3. All of plaintiff's counsel will be out of town and unavailable at the end of
7    December for the currently scheduled Case Management Conference statement due to pre-
8    scheduled family and holiday commitments.

9    4. Therefore, the parties respectfully request that the Case Management Conference
10   be continued until January 26, 2009 in order to allow the parties to meet and confer and submit
11   and joint report to the Court as required by the Court's Order.

15   Dated: December 4, 2008            PAUL L. REIN
                                        CELIA McGUINNESS
16                                      LAW OFFICES OF PAUL L. REIN

17                                      JULIE A. OSTIL
                                        LAW OFFICES OF JULIE OSTIL
18
                                        _____/s/ Julie Ostil_____
19                                      Attorneys for Plaintiff
                                        GUY JONES

21   Dated: December 5, 2008            LYNN A. GARCIA
                                        ANWYL, SCOFFIELD & STEPP, LLP
22

23                                          /s/ Lynn Garcia_____
                                        Attorneys for Defendant
24                                      RANCHO CORDOVA

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Proposed Order to Continue Case Management Conference: Case No. 2:08-CV-02076-GEB-GGH**                                     - 2 -

g:\docs\geb\dgeb2\orders for signature\jones v rancho cordova.doc

## ORDER

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the Case Management Conference is continued to February 2, 2009, commencing at 9:00 a.m. A joint status report shall be filed fourteen days before the Conference.

Dated: 12/8/08

_____
HON. GARLAND E. BURELL
U.S. DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Proposed Order to Continue Case Management Conference: Case No. 2:08-CV-02076-GEB-GGH** - 2 -

g:\docs\geb\dgeb2\orders for signature\jones v rancho cordova.doc